IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LITTLE EZEKIEL GORDON, III                                                                  PLAINTIFF

v.                                    Civil No. 6:19-cv-6039

LITTLE EZEKIEL GORDON, III;
NAOMI; LITTLE EZEKIEL GORDON, IV;
and CALEP GORDON                                                                            DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed May 2, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Ford states that, on April 8, 2019, the Court directed Plaintiff to file a completed complaint and *in forma pauperis* application by April 29, 2019. Judge Ford states that that the order was not returned as undeliverable, that Plaintiff has failed to obey that order, and that Plaintiff has not otherwise communicated with the Court since. Thus, Judge Ford recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to obey a court order.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 21st day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge